IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RANCHO CORAZON, LLC,**

      Plaintiff,

      vs.                                    Civ. No. 20-693 RB/SCY

**MOUNTAIN WEST SERIES OF
LOCKTON COMPANIES, LLC,
NICHOLAS HANSEN and
JOHN DOE ENTITIES 1-5,**

      Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on October 1, 2020 the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 12), filed on September 21, 2020 and adopted it as modified by the dates and discovery parameters provided in the Court's Scheduling Order filed concurrently with this Order.

_____
UNITED STATES MAGISTRATE JUDGE